UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ANNALISA RIVERA-FRANZ

                        Plaintiff,

               v.

ALPHABET SOUP ASSOCIATES, LLC

                     Defendant.

------------------------------------------------------------------------x

**Docket No. 1:24-cv-00834 (JLR)(RWL)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action, including, but not limited to, the allegations in Paragraph 21 of the Complaint, are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated:  May 23, 2024
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
    Glen H. Parker, Esq.
    Attorneys for Plaintiff
    28 Valley Road
    Montclair, New Jersey 07043
    Tel 347-292-9042
    ghp@parkerlawusa.com

**LAW OFFICE OF KENNETH G. ROBERTS, P.C.**

By: _Kenneth Roberts_____
    Kenneth G. Roberts, Esq.
    Attorney for Defendant
    Alphabet Soup Associates, LLC
    Two Park Avenue, 23rd Floor
    New York, New York 10027
    Phone: 212.616.3657
    ken@krobertslawoffice.com